# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 22 AM 11:03

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Gary Clifford Chupurdy | ) | Case Nos: 4:07CR00223-1 |
| a.k.a "Admiral Garry" | ) |  4:07CR00312-1 |
| a.k.a "Captain Garry" | ) | |
| a.k.a "G-Man" | ) | USM No: 31758-004 |

Date of Original Judgment: February 19, 2008
Date of Previous Amended Judgment: September 19, 2013      Joshua Sabert Lowther
*(Use Date of Last Amended Judgment if Any)*                *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____162 months_____ **is reduced to** _____130 months_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __February 19, 2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/22/15

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*